**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2190**

---

WILLIAM LEE RICHARDSON, JR.,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND; THE STATE OF WEST
VIRGINIA; UNITED STATES OF AMERICA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-01-778-2)

---

Submitted: January 17, 2002          Decided: January 28, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William Lee Richardson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., seeks to appeal the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Richardson v. Maryland, No. CA-01-778-2 (S.D.W. Va. Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2